**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MARNE GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-cv-00067-GKF-FHM |
| vs. | ) | |
| | ) | |
| J&D ACQUISITIONS, INC., a | ) | |
| Domestic For Profit Business | ) | |
| Corporation, | ) | |
| RYON LONG, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL *WITH PREJUDICE* OF DEFENDANT J&D ACQUISITIONS, INC.**

COMES NOW the Plaintiff, Marne Gibbs, by and through her attorneys of record, and dismisses each of her claims against Defendant, Ryon Long. with prejudice. The parties will bear their own fees and expenses. The undersigned is authorized to submit this Stipulation jointly on behalf of all parties.

Respectfully submitted,

/s/ Daniel E. Smolen_____
Daniel E. Smolen, OBA# 19943
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
Attorneys for Plaintiff


AND

s/Kathy R. Neal*
Kathy R. Neal, OBA #674
Anna C. Proctor, OBA #32449
McAFEE & TAFT, PC
2 West Second Street, Suite 1100
Tulsa, OK 74103
(918) 587-0000
(918) 599-9317 fax
kathy.neal@mcafeetaft.com
anna.proctor@mcafeetaft.com
**ATTORNEYS FOR DEFENDANTS**

And

/s/ Denelda L. Richardson*
Denelda L. Richardson, OBA #20103
Rhodes, Hieronymus, Jones, Tucker & Gable, PLLC
2 W. 2nd St., #1000
Tulsa, OK 74103
Telephone: 918-582-1173
Fax: 918-592-3390
drichardson@rhodesokla.com

*Signed by filing attorney with permission of counsel*